*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-12**

IN RE MARGOT ELIZABETH ROBERTS

**2021 DDN 225**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 1048379**

BEFORE: Glickman and Easterly, Associate Judges, and Washington, Senior Judge.

**O R D E R**
(FILED— March 31, 2022)

On consideration of the certified copy of the order from the state of Maryland placing respondent on inactive disability status by consent; this court's February 7, 2022, order suspending respondent and directing her to show cause why she should not be indefinitely suspended under D.C. Bar R. XI § 13(e) as reciprocal discipline, no response having been filed; respondent's D.C. Bar R. XI, §14(g) affidavit; and the statement of Disciplinary Counsel, and it is

ORDERED that Margot Elizabeth Roberts is hereby indefinitely suspended from the practice of law in the District of Columbia pursuant to D.C. Bar R. XI, § 13(e), nunc pro tunc to March 21, 2022. It is

FURTHER ORDERED that respondent's attention is directed to the requirements of D.C. Bar R. XI, § 13(g) for reinstatement, as well the provisions of Rule XI § 16(c) dealing with the timing of eligibility for reinstatement.

**PER CURIAM**